Joshua Briones (SBN 205293)
joshua@brionespc.com

**BRIONES PC**
1801 Century Park East, Suite 1840
Los Angeles, CA 90067
Telephone: 858-243-3819

Attorneys for Defendant
TELECOM EVOLUTIONS, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SILVIA GARCIA,<br>Plaintiff,<br>v.<br>TELECOM EVOLUTIONS, LLC, a California Entity, d/b/a WWW.PHONEPOWER.COM,<br>Defendant. | Case No.: 5:25-cv-02487-SSS-MAAx<br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TELECOM EVOLUTIONS, LLC TO RESPOND TO INITIAL COMPLAINT**<br>Complaint served: October 8, 2025<br>Initial Response Date: November 7, 2025<br>Current Response Date: December 8, 2025<br>New Response Date: January 7, 2026 |

Before the Court is the Parties' Joint Stipulation to Extend Time for Defendant Telecom to Respond to Initial Complaint ("Joint Stipulation"). Having reviewed the Joint Stipulation and finding good cause, the Court hereby **GRANTS** the Joint Stipulation:

1. Defendant Telecom shall file an Answer or any Motion(s) to Dismiss or Strike Plaintiff's Complaint no later than January 7, 2026.

IT IS SO ORDERED.

Dated: December 8, 2025

HON. SUNSHINE SUZANNE SYKES
United States District Judge