**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SILVIA GARCIA,<br>Plaintiff,<br>v.<br>TELECOM EVOLUTIONS, LLC, a California entity, d/b/a WWW.PHONEPOWER.COM,<br>Defendant. | Case No. 5:25-cv-02487-SSS-MAAx<br>Assigned to Honorable Sunshine S. Sykes<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation for Dismissal With Prejudice Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses the Complaint in the above-entitled action with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: March 2, 2026 By: ______________________________

Honorable Sunshine S. Sykes
United State District Judge